**Order entered October 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00750-CR

### HENRY LEE FLETCHER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82292-2015**

## ORDER

We **REINSTATE** this appeal.

On October 17, 2017, we abated this appeal for a hearing in the trial court to determine whether appellant had been deprived of the clerk's record and reporter's record because of ineffective counsel, indigence, or for any other reason. The clerk's record was filed October 23, 2017. On October 24, 2017, the trial court's findings were filed. We **ADOPT** the findings that (1) appellant is indigent and wants to pursue the appeal; (2) the court reporters who recorded the proceedings are Kristen Kopp and Sheri Vecera; and (3) Ms. Kopp and Ms. Vecera estimate the records will be completed on or before December 1, 2017.

We **ORDER** the reporter's record due on or before December 1, 2017.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; to Sheri Vecera, official court reporter, 199th Judicial District Court; Kristen Kopp, official court reporter, County Court at Law No. 2; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE